J. B. Cohen Textile Corp., Respondent, v. Deauville Converting Corp. et al., Defendants, and Nicholas Rogers, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

◼

In the Matter of the Arbitration between Moses Fixler et al., Appellants, and Rachel Z. Segal et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present —Peck, P. J., Dore, Cohn and Callahan, JJ.

◼

Catherine Dalfres, an Infant, by Gertrude Dalfres, Her Guardian ad Litem, Appellant, v. Prospect Heights Development Corp. et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

◼

Alexandra Awad, as Administratrix of the Estate of Samuel Awad, Deceased, Suing as a Stockholder of E. Awad & Sons, Inc., Respondent, v. E. Awad & Sons, Inc., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

◼

In the Matter of Archie Peltzman, Appellant, against Municipal Civil Service Commission of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

◼

Morris Rosner et al., Appellants, v. Everard M. C. Stamm et al., Individually and as Copartners Doing Business as A. L. Stamm & Co., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

◼

Essley Shirt Company, Inc., Respondent, v. William M. Lybrand et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The dates for the examinations to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

◼

In the Matter of the Application of Sidney Felber for Reinstatement to the Bar.— Application denied. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

◼

Aron Perlman et al. v. M. Israel & Sons Co., Inc.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ. [See *ante*, p. 828.]